# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Purchased/Filed: September 26, 2018
Index # 1:18-cv-08819-VSB

*ADOLFO HUMBERO ALMAZO VIDAL, INDIVIDUALLY AND ON BEHALF OF OTHERES SIMILARLY SITUATED*  Plaintiff

against

*THE DRAFT HOUSE LLC (D/B/A THE DRAFT HOUSE), ET AL*  Defendant

STATE OF NEW YORK SS.:
COUNTY OF ALBANY

___Felix Correa___, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___September 28, 2018___, at ___3:45 PM___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a civil Action & Complaint

on

___THE DRAFT HOUSE LLC___, the Defendant in this action, by delivering to and leaving with _____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, 2 true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee 40 dollars; That said service was made pursuant to Section 303 Limited Liability Company Law. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served: Approx. Age: __55-60__ Approx. Wt: __130lbs__ Approx. Ht: __5'3"__
Color of skin: __White__ Hair color: __Black__ Sex: __Female__ Other: _____

Sworn to before me on this
28th day of September 2018

SCOTT SCHUSTER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SC6308636
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES JULY 28, 2022

Felix Correa
**Attny's File No.**
Invoice•Work Order # S1812207

*SERVICO, INC., P.O. BOX 871, ALBANY, NY 12201*