UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ADOLFO HUMBERTO ALMAZO VIDAL,
*individually and on behalf of others similarly situated,*

                              *Plaintiff,*

       -against-                                  **18-cv-08819-VSB**

THE DRAFT HOUSE LLC (D/B/A THE        **CERTIFICATE OF DEFAULT**
DRAFT HOUSE), MAURIZIO SALIERNO,
LUIGI GHIDETTI, and FABRIZIO
PELLIZZON,

                              *Defendants*
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/18

     I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on September 26, 2018 with the filing of a summons and complaint; a copy of the summons and complaint was served, pursuant to Fed. R. Civ. P. 4(e) (1), on Defendant Fabrizio Pellizzon on October 4, 2018, by personally delivering a copy to Marcel Doe, a person of suitable age and discretion, who identified himself as a co-worker; and proof of such service on the said Defendant was filed on October 12, 2018 (Dkt. No. 12).

     I further certify that the docket entries indicate that the above-named Defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the Defendant Fabrizio Pellizzon is hereby noted.

Dated: New York, New York
         NOV 7 , 2018

                                          **RUBY J. KRAJICK**
                                          Clerk of the Court

                                          By: _____*K/Mango*_____
                                          Deputy Clerk