Exhibit B-Billing

# *Michael Faillace & Associates, P.C.*
60 East 42nd Street
Suite 4510
New York, NY 10165

Ph:(212) 317-1200            Fax:(212) 317-1620

Adolfo Humberto Vidal                                        December 12, 2018

|  |  |
|---|---|
| File #: | TheDraftHous |
| Inv #: | Sample |

**Attention:**

**RE:**    Almazo Vidal et al v. The Draft House LLC et al

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Sep-19-18 | interviewed new client and got facts for complaint | 0.90 | 405.00 | MF |
| Sep-21-18 | researched defendants, drafted complaint and revised it | 3.50 | 1,575.00 | MF |
| Sep-24-18 | discussed case with paralegals and sent it for revision | 0.20 | 90.00 | MF |
|  | revised complaint | 1.50 | 675.00 | MF |
| Sep-25-18 | spoke with client regarding case | 0.20 | 90.00 | MF |
| Oct-15-18 | updated client on the case | 0.10 | 45.00 | MF |
| Nov-05-18 | Prepared Damages Chart | 0.50 | 50.00 | PL |
| Nov-07-18 | Prepared Certificates of Default | 0.50 | 50.00 | PL |
| Nov-26-18 | settlement agreement drafting | 1.30 | 325.00 | HA |
| Nov-28-18 | reviewing defense counsel's changes to agreement | 0.70 | 175.00 | HA |
|  | back and forth discussions with defense counsel regarding issues with his changes to settlemetn agreement | 0.60 | 150.00 | HA |

| | | | | |
|---|---|---|---|---|
| Nov-29-18 | advised HA on the case | 0.10 | 45.00 | MF |
| Dec-03-18 | letter to court notifying them of settlement | 0.30 | 75.00 | HA |
| Dec-06-18 | Reviewed and Translated Settlement Agreement with Client | 0.25 | 25.00 | PL |
| Dec-12-18 | Draft fairness letter | 0.40 | 100.00 | HA |
| | Totals | 11.05 | $3,875.00 | |

**DISBURSEMENTS**

| | | |
|---|---|---|
| | Filing Fee | 400.00 |
| Oct-01-18 | Process Server The Draft House LLC | 63.00 |
| Oct-04-18 | Process Server Fabrizio Pellizzon | 50.00 |
| | Process Server Luigi Ghidetti | 50.00 |
| | Process Server Mauricio Salierno | 50.00 |
| | Totals | $613.00 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$4,488.00** |
| **Balance Now Due** | **$4,488.00** |