UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADOLFO HUMBERTO ALMAZO VIDAL,
*individually and on behalf of others similarly situated,*

*Plaintiff,*

-against-

THE DRAFT HOUSE LLC (D/B/A THE DRAFT HOUSE), MAURIZIO SALIERNO, LUIGI GHIDETTI, and FABRIZIO PELLIZZON,

*Defendants.*

---

18-CV-8819

STIPULATION AMENDING SETTLEMENT AGREEMENT AND RELEASE

---

IT IS HEREBY STIPULATED and agreed, by and between the Plaintiff and each of the undersigned Defendants, pursuant to Paragraph 6 ("Modification of Agreement") of the previously-executed Settlement Agreement and Release ("Agreement") in this matter, that the Agreement is modified as follows:

- Paragraph 3 of the Agreement shall be amended to read in its entirety as follows:

3.     <u>Release and Covenant Not To Sue</u>:  Plaintiff knowingly and voluntarily releases and forever discharges Defendants, on behalf of himself and anyone claiming by or through him, from any and all claims at issue in this action, whether known or unknown, asserted or unasserted, arising up to and as of the date of the execution of this Agreement, which Plaintiff had, has or may have against Defendants, and also covenants not to file or join any claim, suit or other proceeding alleging a violation of the FLSA by any of the Defendants relating to facts occurring prior to the date of the execution of this Agreement or re-asserting any of the above-released claims.

Except as so modified, the Agreement shall continue in full effect in accordance with its terms, subject, however, to this Court's further review and approval.

This stipulation may be signed in counterparts and by facsimile or emailed transmissions.

Date:   New York, New York
        June 7, 2019

1231196.1

Stipulation Amending Settlement Agreement and Release
Page 2

Plaintiff:

_____  Date: 06/02/19
Adolfo Humberto Almazo Vidal

Defendants:

THE DRAFT HOUSE, LLC

By: _____  Date: 06/06/2019
Fabrizio Pellizzon, Manager

_____  Date: 06/06/2019
Maurizio Salierno

_____  Date: 06/06/2019
Fabrizio Pellizzon

_____  Date: 06/11/2019
Luigi Ghidetti